IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DOUGLAS E. BARDEN, Individually, and as a representative of a class of similarly situated consumers, <br><br> Plaintiff, <br><br> v. <br><br> HURD MILLWORK COMPANY, INC., HURD WINDOWS & DOORS, INC. f/k/a MONARCH ACQUISITION COMPANY, HURD WINDOWS & DOORS, INC., MONARCH HOLDINGS, INC., and UIS, INC., <br><br> Defendants. | Civ. No. 06-C-00046 |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

TO: DEFENDANTS

Please take notice that the plaintiff, Douglas E. Barden, individually and as a representative on behalf of the putative class of similarly situated consumers, by his attorneys, Cannon & Dunphy S.C. and O'Neil, Cannon, Hollman, Dejong, S.C., respectfully moves the Eastern District of Wisconsin, Honorable Lynn Adelman presiding, at a date and time to be set by the Court, pursuant to Fed. R. Civ. P. 23 to certify a class action in this matter.

This motion is based on the entire record in this action, including the Plaintiff's Brief in Support Of Motion for Class Certification, Affidavit of Mark L. Thomsen, and Affidavit of Patrick G. McBride.

Dated at Brookfield, Wisconsin this 18th day of June, 2007.

                              **CANNON & DUNPHY, S.C.**
                              Attorneys for Plaintiffs

                    By:       s/Mark L. Thomsen
                              Mark L. Thomsen, State Bar No. 01018839
                              Brett A. Eckstein, State Bar No. 01036964

**P.O. ADDRESS**:
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
Telephone:    (262) 796-3703
Facsimile:     (262) 796-3713
mthomsen@cannon-dunphy.com

**O'NEIL, CANNON, HOLLMAN, DEJONG, S.C.**
William A. Wiseman, State Bar No. 1015696
Patrick G. McBride, State Bar No. 1024920
Kerry E. Dwyer, State Bar No. 1023960
Chase Tower, Suite 1400
111 East Wisconsin Avenue
Milwaukee, WI 53202-4870
Telephone:    (414) 276-5000
Facsimile:     (414) 276-6581
Bill.Wiseman@wilaw.com
Patrick.Mcbride@wilaw.com
Kerry.Dwyer@wilaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I electronically filed the documents listed below using the ECF System:

1. Plaintiff's Motion for Class Certification

The ECF System will send notification of such filing to the persons listed below:

>W. Stuart Parsons
>Mark A. Kircher
>Kelly Twigger
>Joshua D. Maggard
>Quarles & Brady
>411 East Wisconsin Avenue
>Milwaukee, WI 53202-4497
>
>John L. Kirtley
>Karen A. Waple
>Attorneys for Defendant UIS, Inc.
>Godfrey & Kahn, S.C.
>780 North Water Street
>Milwaukee, WI 53202-3590
>
>Robert J. Ginifra, Jr.
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY 10004

I also served the following (non-ECF participants) counsel with copies via U.S. mail on June 18, 2007:

>Thomas D. Cochran
>Timothy M. Lawlor
>WITHERSPOON, KELLEY,
>DAVENPORT & TOOLE, P.S.
>422 W. Riverside Ave., Ste. 1100
>Spokane, WA 99201

Dated at Brookfield, Wisconsin, this 18th day of June, 2006.

**CANNON & DUNPHY, S.C.**
Attorneys for Plaintiffs

By:     s/Mark L. Thomsen
Mark L. Thomsen, State Bar No. 01018839

**P.O. ADDRESS**:
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
Telephone: (262) 796-3703
Facsimile: (262) 796-3713