# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DOUGLAS BARDEN, et al.,**
        **Plaintiffs,**

  v.                                                                **Case No. 06C046**

**HURD MILLWORK COMPANY, INC., et al.,**
        **Defendants.**

## ORDER

On September 19, 2008, the court held a telephonic conference in this case confirming that defendants Hurd Windows and Doors, Inc. and Monarch Holdings, Inc., have filed Chapter 11 bankruptcy petitions. Plaintiffs' counsel acknowledges that this case should be stayed and administratively closed as to all defendants pending completion of the bankruptcy proceedings unless, prior to that date, a reason arises to lift the stay as to any or all of the defendants. In that case, plaintiff may file a motion to lift the stay advising me of the reasons why this case should proceed.

    **Therefore,**

    **IT IS ORDERED** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the completion of bankruptcy proceedings or pending further submissions indicating this case should proceed against any or all defendants.

    **FURTHER, IT IS ORDERED** that plaintiff may reopen the file by notifying me in writing that the case is able to proceed again; such notification should be made within thirty days of the completion of bankruptcy proceedings against the defendant.

Dated at Milwaukee, Wisconsin, this 22 day of September, 2008.

/s_____
LYNN ADELMAN
District Judge