UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DOUGLAS E. BARDEN,
Individually, and as a representative of a
Class of similarly situated consumers,  Case No. 06-cv-0046

    Plaintiffs,

v.

HURD MILLWORK COMPANY, INC., *et al.*,

    Defendants.

## REMAINING DEFENDANTS' MOTION FOR RECONSIDERATION OF CLASS CERTIFICATION

Defendants UIS, Inc. and Hurd Millwork Company, Inc. (the "Remaining Defendants"), by their undersigned counsel, hereby move this Court, pursuant to its inherent authority to reconsider its decisions, to reconsider its March 28, 2008 Order granting, in part, plaintiff's motion for class certification. The grounds for this motion are set forth in full in the accompanying Memorandum of Law in Support of Remaining Defendants' Motion for Reconsideration of Class Certification.

Dated: June 12, 2009

/s/ Karen A. Waple
John L. Kirtley
State Bar No. 1011577
Karen A. Waple
State Bar No. 1058835
Attorneys for Defendant UIS, Inc.
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Ph: (414) 273-3500
Fax: (414) 273-5198

E-mail: jkirtley@gklaw.com and
kwaple@gklaw.com

<u>Of Counsel</u>:

Robert J. Giuffra, Jr.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Phone: (212) 558-4000

Thomas D. Cochran
Timothy M. Lawlor
WITHERSPOON, KELLEY,
DAVENPORT & TOOLE, P.S.
422 W. Riverside Ave., Ste. 1100
Spokane, WA 99201
Phone: (509) 624-5265

<u>Direct inquiries to</u>:
John L. Kirtley
(414) 273-3500

3903251_1