IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

DOUGLAS E. BARDEN,
Individually, and as a Representative of a
Class of Similarly Situated Consumers,

        Plaintiff,

    v.                                                        Civ. No. 2:06-cv-00046-LA

HURD MILLWORK COMPANY, INC., HURD
WINDOWS & DOORS, INC. f/k/a MONARCH
ACQUISITION COMPANY, HURD WINDOWS
& DOORS, INC., MONARCH HOLDINGS, INC.,
and UIS, INC.,

        Defendants.

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Douglas E. Barden, individually and as a representative of a Class of similarly situated consumers, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 29th day of January, 2010.

Dated at Brookfield, Wisconsin this 26th day of February, 2010.

           **CANNON & DUNPHY, S.C.**
           Attorneys for Plaintiffs

        By:  s/Mark L. Thomsen
           Mark L. Thomsen, State Bar No. 01018839
           Brett A. Eckstein, State Bar No. 1036964

**P.O. ADDRESS**:
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
Telephone: (262) 796-3703
Facsimile: (262) 796-3713
mthomsen@cannon-dunphy.com

**O'NEIL, CANNON, HOLLMAN, DEJONG, S.C.**
William A. Wiseman, State Bar No. 1015696
Patrick G. McBride, State Bar No. 1024920
Chase Tower, Suite 1400
111 East Wisconsin Avenue
Milwaukee, WI 53202-4870
Telephone: (414) 276-5000
Facsimile: (414) 276-6581
Bill.Wiseman@wilaw.com
Patrick.Mcbride@wilaw.com